# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAND PACIFIC, INC., <br><br>             Plaintiff, <br> vs. <br><br> RETAIL PROFESSIONALS; LOEY OSMAN, <br><br>             Defendants. | CASE NO. 06cv0144 JM(LSP) <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION RE: STIPULATED JUDGMENT |

Having carefully considered Magistrate Judge Papas' Report and Recommendation ("R & R") regarding the entry of the stipulated judgment and the award of attorney's fees in the amount of $10,523.70, the record before the court, the absence of any objections to the R & R, and applicable authorities, the court adopts the R & R in its entirety.

In sum, the R & R is adopted in its entirety and the court grants Plaintiff's ex parte application to set aside the dismissal, enters judgment in favor of Plaintiff decreeing that the parties' Software Reseller Agreement is terminated and that Defendants are permanently enjoined from using, licensing, sublicensing or otherwise distributing the Products, as defined in the Software Reseller Agreement.

**IT IS SO ORDERED.**

DATED: September 5, 2006

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties

06cv0144