

FILED
06 SEP 18 AM 9:24
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAND PACIFIC, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RETAIL PROFESSIONALS, A Qatari registered company and LOEY OSMAN,<br><br>　　　　Defendants. | CASE NO. 06 CV 0144 JM LSP<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES<br><br>Ctrm:　　G<br>Honorable Leo S. Papas |

　　The Honorable Jeffrey T. Miller adopted the Report and Recommendation of Magistrate Judge Papas regarding the entry of the stipulated judgment and the award of attorneys' fees in the amount of $10,523.70, granted Plaintiff Island Pacific Inc.'s ("Plaintiff") ex parte application to set aside the dismissal and entered a stipulated judgment in favor of Plaintiff decreeing that the parties' Software Reseller Agreement is terminated and that Defendants Retail Professionals and Loey Osman ("Defendants") are permanently enjoined from using, licensing, sublicensing or otherwise distributing the Products, as defined in the Software Reseller Agreement. In consideration of Judge Miller's order, the entry of judgment in favor of Plaintiff and for good cause, this Court,

1 **HEREBY ORDERS**:

2    Plaintiff Island Pacific, Inc. is awarded attorney's fees and costs in the amount of
3 $10,523.70 against Defendants Retail Professionals and Loey Osman.  This award for
4 attorneys' fees is made pursuant to Paragraph 6 of the Stipulation for Entry of Judgment and
5 Order Thereon entered by Judge Miller on February 14, 2006 (the "Stipulation"), which
6 provides the party prevailing in an action to enforce the Stipulation be awarded such
7 reasonable fees and costs.

8    **IT IS SO ORDERED.**
9 Dated: Sept 14, 2006

HON. LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE